1 | LEWIS BRISBOIS BISGAARD & SMITH LLP
    STEPHEN H. TURNER, SB# 89627
2 |     E-Mail: Stephen.Turner@lewisbrisbois.com
    LARISSA G. NEFULDA, SB# 201903
3 |     E-Mail: Larissa.Nefulda@lewisbrisbois.com
    633 W. 5th Street
4 | Los Angeles, CA 90071
    Telephone: 213.250.1800
5 | Facsimile: 213.250.7900

6 | Attorneys for Defendant
    ENHANCED RECOVERY COMPANY, LLC
7 |

8 |              UNITED STATES DISTRICT COURT

9 |              CENTRAL DISTRICT OF CALIFORNIA

10 |

| | |
|---|---|
| 11  JOHN CARTER WILLIAMS | CASE NO. 2:15-cv-09579 |
| 12         Plaintiff, | **NOTICE OF REMOVAL** |
| 13     vs. | |
| 14  ENHANCED RECOVERY COMPANY, LLC, | |
| 15 | |
| 16         Defendant. | Trial Date:   None Set |

17

18  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

19  **PLEASE TAKE NOTICE** that Defendant ENHANCED RECOVERY

20  COMPANY, LLC ("Defendant") hereby removes to this Court the state court action

21  described below:

22      1.    On or about September 21, 2015, an action was commenced in the

23  Orange County Superior Court, entitled *John Carter Williams v. Enhanced Recovery*

24  *Company, LLC*, case no. 30-2015-00810554-CL-NP-CJC. A true and correct copy

25  of Plaintiff JOHN CARTER WILLIAMS' Complaint is attached hereto as Exhibit

26  "A."

27      2.    Defendant was served with said Complaint on November 12, 2015. A

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4828-4107-3452.1

1 | true and correct copy of the Summons is attached hereto as Exhibit "B."
2 |     3.    This action is a civil action of which this Court has original jurisdiction
3 | under 28 U.S.C. § 1331, and is one which may be removed to this Court by
4 | Defendant pursuant to the provisions of 28 U.S.C. § 1331 and 28 U.S.C. § 1441(a)
5 | in that it arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et
6 | seq. and the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq.
7 |     4.    There are no other defendants named in the Complaint.

DATED: December 10, 2015    LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    */s/ Larissa G. Nefulda*
    Stephen H. Turner
    Larissa G. Nefulda
    Attorneys for Defendant
    ENHANCED RECOVERY COMPANY, LLC

4828-4107-3452.1

2