JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN CARTER WILLIAMS,** | Case No. **8:15-cv-02068-JVS-DFM** |
| Plaintiff, | **ORDER** |
| vs. | |
| **ENHANCED RECOVERY COMPANY LLC** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this 5th day of January, 2017.

_____
The Honorable James V. Selna

Order to Dismiss - 1